IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CITY PARK FOR EVERYONE COALITION;** | * | |
| | * | |
| **KEVIN MCDUNN; and** | * | **Case: 1:15-cv-918** |
| **CHRISTOPHER LANE;** | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | |
| **FEDERAL EMERGENCY** | * | |
| **MANAGEMENT AGENCY;** | * | |
| **W. CRAIG FUGATE, IN HIS** | * | |
| **OFFICIAL CAPACITY AS** | * | |
| **ACTING ADMINISTRATOR** | * | |
| **FOR FEDERAL EMERGENCY** | * | |
| **MANAGEMENT AGENCY; and** | * | |
| **NEW ORLEANS CITY PARK** | * | |
| **IMPROVEMENT** | * | |
| **ASSOCIATION** | * | |
| Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*   \*\*\*\*\*\*   \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CORPORATE DISCLOSURE FORM FOR
CITY PARK FOR EVERYONE COALITION**

Now into Court comes City Park for Everyone Coalition and in compliance with Federal Rule of Civil Procedure 7.1 makes the following disclosures:

1. City Park for Everyone Coalition is a non-profit corporation registered in the State of Louisiana;

2. City Park for Everyone Coalition has no corporate parents.

3. City Park for Everyone Coalition does not have any interest holders that are publicly traded.

Respectfully submitted:

__/s/  Galen  M.  Hair_____
Galen M. Hair (La Bar 32865), T.A.
Alejandro J. Rodriguez (La Bar 30947)
Varadi, Hair & Checki, LLC
650 Poydras Street, Suite 1550
New Orleans, LA 70130
hair@vhclaw.com
rodriguez@vhclaw.com