UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CITY PARK FOR EVERYONE COALITION, KEVIN MCDUNN, and CHRISTOPHER LANE** | * * * * | **Case: 2:15-cv-918** |
| **Plaintiffs** | * * | |
| v. | * * | |
| **FEDERAL EMERGENCY MANAGEMENT ANGENCY, W. CRAIG FUGATE, IN HIS OFFICIAL CAPACITY AS ACTING ADMINISTRATOR FOR FEDERAL EMERGENCY MANAGEMENT AGENCY, and NEW ORLEANS CITY PARK IMPROVEMENT ASSOCIATION** | * * * * * * * * * * | |
| **Defendants** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS**</u>

**NOW INTO COURT,** through undersigned counsel, comes Defendant, **New Orleans City Park Improvement Association, Inc.**, who respectfully submits the following Motion for Extension of Time to File Responsive Pleadings. For all of the reasons that follow, the motion should be granted:

1.

Defendant, New Orleans City Park Improvement Association, Inc., was served with waiver of summons and a copy of the Complaint, which was filed on March 26, 2015. Defendant waived service pursuant to Federal Rule of Civil Procedure 4, and the date within which to file responsive pleadings is May 25, 2015.

2.

Pursuant to Local Rule 7.8, Defendant desires a twenty-one day extension of time, or through June 15, 2015, within which to file responsive pleadings in this matter.  No prior request for an extension of time has been made, and no objection to any extension of time to file responsive pleadings has been filed into the record.

WHEREFORE, Defendant, New Orleans City Park Improvement Association, Inc., respectfully requests that this Motion for Extension of Time to File Responsive Pleadings be granted pursuant to Local Rule 7.8.

RESPECTFULLY SUBMITTED:

KINNEY, ELLINGHAUSEN, RICHARD
& DESHAZO

/s/ John D. Miranda
HENRY W. KINNEY (#7410)
MICHAEL L. DESHAZO (#29833)
JOHN D. MIRANDA (#31265)
KELLY L. REINKER (#35291)
1250 Poydras Street, Suite 2450
New Orleans, Louisiana 70113
Telephone:  (504) 524-0206
Attorneys for Defendant,
New Orleans City Park Improvement Association,
Inc.

CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2015, I electronically filed a copy of the above and foregoing with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all parties in these proceedings.

/s/ John D. Miranda
JOHN D. MIRANDA