# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CITY PARK FOR EVERYONE COALITION, KEVIN MCDUNN, and CHRISTOPHER LANE** | * * * * * | **Case: 2:15-cv-918** |
| **Plaintiffs** | * * | |
| **v.** | * * | |
| **FEDERAL EMERGENCY MANAGEMENT ANGENCY, W. CRAIG FUGATE, IN HIS OFFICIAL CAPACITY AS ACTING ADMINISTRATOR FOR FEDERAL EMERGENCY MANAGEMENT AGENCY, and NEW ORLEANS CITY PARK IMPROVEMENT ASSOCIATION** | * * * * * * * * * | |
| **Defendants** | * | |

**************************************************************************

## ORDER

Considering the above and foregoing Motion for Extension of Time to File Responsive Pleadings:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and that Defendant, New Orleans City Park Improvement Association, Inc., shall have through June 15, 2015 within which to file responsive pleadings in this matter.

New Orleans, Louisiana, this _____ day of May, 2015.

_____

**HON. SARAH S. VANCE**