UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CITY PARK FOR EVERYONE COALITION,** | * * | |
| **KEVIN MCDUNN, and** | * | Case:  2:15-cv-918 |
| **CHRISTOPHER LANE** | * | |
| | * | |
| **Plaintiffs** | * | |
| | * | |
| v. | * | |
| | * | |
| **FEDERAL EMERGENCY MANAGEMENT ANGENCY, W. CRAIG FUGATE, IN HIS OFFICIAL CAPACITY AS ACTING ADMINISTRATOR FOR FEDERAL EMERGENCY MANAGEMENT AGENCY, and NEW ORLEANS CITY PARK IMPROVEMENT ASSOCIATION** | * * * * * * * * * | |
| | * | |
| **Defendants** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

Considering the above and foregoing Motion for Extension of Time to File Responsive Pleadings:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and that Defendant, New Orleans City Park Improvement Association, Inc., shall have through June 15, 2015 within which to file responsive pleadings in this matter.

New Orleans, Louisiana, this __26th__ day of May, 2015.

_____
**HON. SARAH S. VANCE**