UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CITY PARK FOR EVERYONE**            **CIVIL ACTION NO. 2:15-CV-918**
**COALITION, KEVIN MCDUNN, and**
**CHRISTOPHER LANE**

**Plaintiffs**

v.

**FEDERAL EMERGENCY**            **JUDGE VANCE**
**MANAGEMENT AGENCY,**
**W. CRAIG FUGATE, IN HIS**            **MAGISTRATE JUDGE ROBY**
**OFFICIAL CAPACITY AS**
**ACTING ADMINISTRATOR FOR**
**FEDERAL EMERGENCY**
**MANAGEMENT AGENCY, and**
**NEW ORLEANS CITY PARK**
**IMPROVEMENT ASSOCIATION**

\*    \*    \*    \*    \*

## **ORDER**

Considering Federal Defendants' motion for an extension of time to answer or otherwise plead,

**IT IS ORDERED** that Federal Defendants' motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Federal Defendants shall file responsive pleadings no later than June 26, 2015.

New Orleans, Louisiana, this _____ day of June, 2015.

_____
**SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**